**In re Donald NANGLE, Debtor.**

**Patricia A. Siemer, Appellee,**

v.

**Donald Nangle, Appellant.**

**No. 00–6068EM.**

United States Bankruptcy Appellate Panel for the Eighth Circuit.

Feb. 12, 2002.

## JUDGMENT

Pursuant to the judgment of the U.S. Court of Appeals, the mandate in this case is hereby recalled and the Panel's opinion and judgment of January 4, 2001 are vacated. It is further ordered and adjudged that the judgment of the bankruptcy court

is affirmed in part and reversed in part and this case is remanded to the bankruptcy court fox entry of a judgment consistent with the opinion of the U.S. Court of Appeals. Mandate issued forthwith.